441 F.2d 728
 77 L.R.R.M. (BNA) 3064, 66 Lab.Cas. P 11,989
 Nehemiah MUNGIN et al., Plaintiffs-Appellees, Walter J.
Howard et al., Plaintiffs-Appellants,
v.
FLORIDA EAST COAST RAILWAY COMPANY, Inc., Defendant-Appellee.
 No. 29878.
 United States Court of Appeals, Fifth Circuit.
 April 19, 1971.
 
 Frank E. Hamilton, Jr., Thomas A. Capelle, Tampa, Fla., Chris Dixie, Houston, Tex., for plaintiffs-appellants.
 Erle Phillips, Fisher & Phillips, William W. Alexander, Jr., Atlanta, Ga. Milledge & Horn, Richard L. Horn, Allan Milledge, Miami, Fla., for plaintiffs-appellees.
 Before WISDOM, BELL and AINSWORTH, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966